1 | A. J. SHARP, ESQ.
Nevada Bar No. 11457
2 | **PHILLIPS, SPALLAS & ANGSTADT LLC**
3 | 504 South Ninth Street
Las Vegas, Nevada 89101
4 | (702) 938-1510

5 | *Attorneys for Defendant*
*Wal-Mart Stores, Inc.*
6 |

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF NEVADA

|  |  |
|---|---|
| MARCELA BALTODANO and FRANCISCO BALTODANO, | Case No.: 2:10-cv-02062-JCM-RJJ |
|  | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, |  |
| vs. |  |
| WAL-MART STORES, INC.; DOES 1 through 10; and ROE ENTITIES 11-20, inclusive, |  |
| Defendants. |  |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

1  party's own costs and attorney's fees.

2  DATED this 26th day of September 2011.   DATED this 3RD day of October, 2011.

3  **RICHARD HARRIS LAW FIRM**           **PHILLIPS, SPALLAS & ANGSTADT**

4  /s/ Joshua R. Harris                  /s/ A. J. Sharp

5  Joshua R. Harris, Esq.                A. J. Sharp, Esq.
   801 South Fourth Street               504 South Ninth Street
6  Las Vegas, NV 89101                   Las Vegas, Nevada 89101
7  *Attorneys for Plaintiffs*            *Attorneys for Defendant*
   *Marcela Baltodano and*               *Wal-Mart Stores, Inc*
8  *Francisco Baltodano*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of October, 2011.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____ 10/03/2011
A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

- 2 -